IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JULIA PHILLIPS**                                                                                    **PLAINTIFF**

**VS.**                          **CASE NO. 4:22-CV-00152 JM/PSH**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                                    **DEFENDANT**

## JUDGMENT

    Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

    IT IS SO ORDERED this 25th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE